IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>BRIAN DICKENS,<br><br>            Defendant. | Criminal No. 06-92-02 (JBS)<br><br>ORDER |

This matter came before the Court upon its own motion; it appears that the Defendant has filed an application for reduction of sentence under 18 U.S.C. § 3582(c) on August 26, 2008 [Docket Item 53], and that no response thereto has been received from the United States; and for good cause shown;

IT IS this     **9th**     day of **October, 2008** hereby

ORDERED that the United States shall file and serve an appropriate response to Defendant's application within twenty (20) days of the entry of this Order.

                    **s/ Jerome B. Simandle**
                    JEROME B. SIMANDLE
                    U.S. District Judge